No. 681. INSURANCE COMPANY OF NORTH AMERICA, PETITIONER, *v.* NORWICH AND NEW YORK TRANSPORTATION COMPANY; No. 682. SECURITY INSURANCE COMPANY OF NEW HAVEN, PETITIONER, *v.* NORWICH AND NEW YORK TRANSPORTATION COMPANY; No. 683. FIREMAN'S FUND INSURANCE COMPANY OF SAN FRANCISCO, PETITIONER, *v.* NORWICH AND NEW YORK TRANSPORTATION COMPANY; and No. 684. PERCY CHUBB ET AL., PETITIONERS, *v.* NORWICH AND NEW YORK TRANSPORTATION COMPANY. May 31, 1904. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Laurence Kneeland* for petitioners. *Mr. Wilhelmus Mynderse* for respondent.

---

No. 685. FIDELITY MUTUAL LIFE INSURANCE COMPANY, PETITIONER, *v.* PAUL RIGGS ET AL., EXECUTORS, ETC.; No. 686. NORTHWESTERN NATIONAL LIFE INSURANCE COMPANY, PETITIONER, *v.* PAUL RIGGS ET AL., EXECUTORS, ETC.; No. 687. AMERICAN CENTRAL LIFE INSURANCE COMPANY, PETITIONER, *v.* PAUL RIGGS ET AL., EXECUTORS, ETC.; and No. 688. HARTFORD LIFE INSURANCE COMPANY, PETITIONER, *v.* PAUL RIGGS ET AL., EXECUTORS, ETC. May 31, 1904. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Stephen S. Brown, Mr. John E. Dolman* and *Mr. Augustin Boice* for petitioners. *Mr. Kendall B. Randolph* for respondents.

---

No. 692. WORLD MARINE INSURANCE COMPANY (LIMITED) ET AL., PETITIONERS, *v.* LACKAWANNA TRANSPORTATION COMPANY ET AL. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Wilhelmus Mynderse* for petitioners. *Mr. Jno. G. Milburn* and *Mr. Harvey D. Goulder* for respondents.